ROSARIO T. GONZALEZ
1-29-18

FILED

2018 JAN 29  AM 11: 34



## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Julio Cesar PARRA-De La Torre,<br><br>　　　　　　Defendant. | Case No.: '18 MJ8181<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Section 1546(a)<br>Misuse of Entry Document |

The undersigned complainant being duly sworn states:

On or about January 29, 2018, within the Southern District of California, defendant, Julio Cesar PARRA-De La Torre, when applying for entry into the United States, did knowingly use, attempt to use, and possess a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, namely, an I-551, United States Permanent Resident Card, bearing the name and biographical information of another, knowing it to have been forged, counterfeited, altered, falsely made or otherwise unlawfully obtained, in order to gain admission into the United States; in violation of Title 18, United States Code, Section 1546(a).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

*M. Carter*

Margarita Carter Enforcement Officer
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF JANUARY, 2018.

HON. PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

ROSARIO T. GONZAL
1-24-18

UNITED STATES OF AMERICA

v.

Julio Cesar PARRA-De La Torre

## STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report of Customs and Border Protection Officer (CBPO) Maria Kinder that defendant, Julio Cesar PARRA-De La Torre (PARRA), attempted to enter the United States at the Calexico, California West Port of Entry on January 29, 2018.

On January 29, 2018, at approximately 1:28 a.m., defendant, PARRA applied for admission into the United States from Mexico at the Calexico, California West Port of Entry through Pedestrian Primary. Upon inspection before United States Customs and Border Protection (CBP) Officer Jonathan Rodriguez, PARRA presented an I-551 Legal Permanent Resident card, bearing the name of J.E.P. CBP Officer Rodriguez suspected PARRA was an imposter to the document presented. CBP Officer Rodriguez referred PARRA to the pedestrian secondary office for further inspection.

During secondary inspection, record checks were conducted revealing PARRA had previous immigration violations. Records confirmed PARRA is an alien, a native and citizen of Mexico with no legal documents to enter, pass through, reside, or be legally employed in the United States.

PARRA was advised of his Miranda rights to which he stated he understood and would answer question without an attorney present. PARRA stated he purchased the document from an unknown document vender in Mexicali, Baja California, Mexico paying

$200.00 dollars for the purpose of illegally entering the United States. PARRA stated he wanted to travel to Los Angeles, California to seek employment.

PARRA fingerprints were queried through the Integrated Automated Fingerprint Identification System (IAFIS) with results revealing PARRA was previously ordered removed by Border Patrol on January 24, 2018. Records contain no evidence PARRA is in possession of any legal documents allowing his entry into the United States.